In the Matter of the Claim of PETER ANDERSON, Respondent, against BABCOCK & WILCOX COMPANY and THE TRAVELERS INSURANCE COMPANY, Appellants, Impleaded with Others, Defendants.— Award affirmed, with costs to the State

* See 231 App. Div. 775, 776.— [REP.

† Amd. by Laws of 1928, chap. 754.— [REP.

Industrial Board. All concur, except Whitmyer and Hill, JJ., who dissent and vote to reverse and to remit the claim upon the ground that the evidence does not sustain the award, but discloses that the condition of the claimant after August 8, 1927, resulted from injury of December 3, 1926.